IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORENZIE HUMPHREYS, and YVETTE RHEAMES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SANTANDER CONSUMER USA, INC., <br><br> Defendant. | Civil Action No.: 1:12 cv 04671 |

### DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY JUDICIAL PROCEEDINGS AS TO PLAINTIFF LORENZIE HUMPHREYS

Defendant Santander Consumer USA, Inc. ("Santander"), through its attorneys, Reed Smith LLP, hereby moves this Court for an order compelling arbitration of plaintiff Lorenzie Humphreys' claims and staying any further proceedings in this action as to Mr. Humphreys pending the resolution of that arbitration. In support of its Motion Santander submits the accompanying Memorandum of Law, which is herein incorporated by reference, and states as follows::

1. This is a putative class action brought by plaintiffs Lorenzie Humphreys ("Humphreys") and Yvette Rheames alleging, inter alia, that Santander violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1), by using automotive dialing equipment to call Plaintiffs' cell phones without their consent for the purpose of collecting a debt.

2. Plaintiff Humphreys was allegedly called by Santander to collect on a debt arising from an automobile that he purchased in July of 2005. To purchase that vehicle, Humphreys entered into a Loan Repayment and Security Agreement ("Loan Agreement") with HSBC Auto

Credit Inc. The Loan Agreement included an express arbitration provision that required Mr. Humphreys to resolve any claim or dispute he may have relating to or arising out of the Loan Agreement or the relationships which result from the Agreement, without resort to any collective or class action, through binding arbitration pursuant to the Federal Arbitration Act.

3. In early 2010, Santander, pursuant to an agreement with HSBC, became HSBC's agent for purposes of servicing and collecting Mr. Humphreys's loan and sent him a notice informing him of Santander's new position. Later in 2010, HSBC assigned Mr. Humphreys' Loan Agreement to Santander when Santander purchased that loan from HSBC. Santander then sent Mr. Humphreys another notice containing that information.

4. Accordingly, because Mr. Humphreys entered into a binding and enforceable contract requiring him to arbitrate any dispute relating to the Loan Agreement, this Court should compel Mr. Humphreys to arbitrate his claims on an individual basis and stay any further proceedings in this action relating to Mr. Humphreys pending the resolution of that arbitration.

WHEREFORE, for the reasons stated herein and as set forth more fully in the accompanying Memorandum of Law, Santander respectfully request that the Court enter an order requiring Mr. Humphreys to arbitrate his claims on an individual basis, stay further proceedings in this action relating to Mr. Humphreys until such time as Mr. Humphreys' claims have been arbitrated, and grant such other relief as this Court deems just and proper.

Dated: October 26, 2012

            Respectfully submitted,

            By: /s/ Gary S. Caplan
               One of Its Attorneys

- 3 -

Gary S. Caplan
David Z. Smith
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606-7507
Telephone: (312) 207 1000
Facsimile: (312) 207 6400

*Counsel for* Defendant
Santander Consumer USA, Inc.

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I electronically filed the foregoing **Defendant's Motion to Compel Individual Arbitration and Stay Judicial Proceedings As to Plaintiff Lorenzie Humphreys** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

S. Jerome Levy
Karin A. Olson
S. Jerome Levy & Associates, P.C.
33 North Dearborn Street, Suite 1617
Chicago, Illinois 60601
Telephone: 312.832.1616
Facsimile: 312.832.0270
sjlevy@jeromelevylaw.com
kaolson@jeromelevylaw.com

By: /s/ Gary S. Caplan
Gary S. Caplan (#6198263)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400
gcaplan@reedsmith.com
Attorneys for Santander Consumer USA, Inc.