

# United States District Court
# Northern District of Illinois

In the Matter of

Lorenzie Humphreys

v.

Santander Consumer USA, Inc.

<span style="color:red">Senior Judge Charles P. Kocoras</span>

Case No. 12-CV-4671

Designated Magistrate Judge
Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Virginia M. Kendall  to be related to  11 C 8987 which is pending on my calendar.  Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Charles P. Kocoras**

Date: Thursday, November 15, 2012

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Charles P. Kocoras

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated:Thursday, November 15, 2012

District Reassignment  - Finding of Relatedness