IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORENZIE HUMPREYS, and YVETTE RHEAMS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>   *Defendant*. | Case No.: 12-cv-04671<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |

## NOTICE OF MOTION

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on Thursday July 30, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiff's counsel shall appear before the Honorable Charles P. Kocoras, or any Judge sitting in his stead, in Room 2325 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and then and there present the *Unopposed Motion to Withdraw as Counsel for Plaintiff Yvette Rheams Without Substitution*, a true and accurate copy of which is attached and hereby served upon you

            Respectfully submitted,

            **EDELSON PC, DAVIS & NORRIS LLP, and**
            **S. JEROME LEVY & ASSOCIATES, P.C.**,

Dated: July 27, 2015     By: s/ J. Dominick Larry
              EDELSON PC

            By: s/ Frank Davis
              DAVIS & NORRIS LLP

...

By: s/ S. Jerome Levy
S. JEROME LEVY & ASSOCIATES, P.C.

Jay Edelson
jedelson@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: 312.589.6370
Fax: 312.589.6378

D. Frank Davis
fdavis@davisnorris.com
DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, AL 35205
Tel: 205.930.9900
Fax: 205.930.9989

S. Jerome Levy
sjlevy@jeromelevylaw.com
Karin A.Olson
kaolson@jeromelevylaw.com
S. Jerome Levy & Associates, P.C.
33 North Dearborn Street, Suite 1617
Chicago, IL 60602
Tel: 312.832.1616
Fax: 312.332.0270

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

On July 27, 2015, I filed the above and foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties.

s/ J. Dominick Larry